■ KATHLEEN FLOOD, Respondent, v HOT SKATES, Appellant. —Order of the Supreme Court, Kings County, dated January 10, 1984, affirmed insofar as appealed from, with costs, for reasons stated by Justice Hirsch at Special Term. Bracken, J. P., O'Connor, Rubin and Lawrence, JJ., concur.